IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR417-051
)
NATHANIEL PUGH, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant Nathaniel Pugh's Motion to Dismiss Charges. (Doc. 40.) The Government has responded in opposition. (Doc. 47 at 11-12.) In his motion, Defendant "moves the Court to dismiss the charges against him, on the grounds that same are unconstitutional, illegal, arbitrary, unreasonable, capricious, or otherwise without probable cause." (Doc. 40 at 1.) Defendant claims that his motion is "based on the Sixth, Eighth, and Fourteenth Amendments to the United States Constitution and Article I, Section I, paragraphs 1, 2, 14, and 17 of the Georgia Constitution, and O.C.G.A. § 17-16-7." (Id.) The motion lacks any actual argument, but "Defendant reserve[d] the right to perfect [the] Motion on receipt of the Government's discovery, copy of the charges, and further investigation." (Id.) However, Defendant did not supplement or otherwise perfect his motion. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this /0th day of July 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA