UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CR 417-51 |
| --- | --- | --- |
| v. | ) | |
| NATHANIEL PUGH | ) | |

U. S. DISTRICT COURT
Southern District of GA
Filed in Office

12·4   20 17

Deputy Clerk

## ORDER

The Government's Unopposed Motion to Amend/Correct an Error in the Superseding Indictment, having come before the Court for consideration, and for good cause shown, the Court hereby GRANTS the motion to amend.

SO ORDERED this 4th day of December, 2017.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA